AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED

# UNITED STATES DISTRICT COURT
for the

2023 FEB 17 AM 11:18

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA, FLORIDA

Jonathan L. Herbert
_Petitioner_

v.                          Case No. 5:23-cv-114-KKM-PRL
                                      _(Supplied by Clerk of Court)_

Warden, Coleman Low
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Jonathan L. Herbert
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Coleman Low
   (b) Address: PO Box 1031
                Coleman, FL 33521
   (c) Your identification number: 11409-025
3. Are you currently being held on orders by:
   ☑ Federal authorities    ☐ State authorities    ☐ Other - explain: _____
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: United States District Court for the Southern District of Illinois
      (b) Docket number of criminal case: 14-CR-30198-PWD
      (c) Date of sentencing: March 27, 2015
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

HERBERT, JONATHAN 11409025

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain):

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: N/A  Presenting an Issue of Law only resolved by Article 3 court
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):


   (d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: N/A

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:




   (b) If you answered "No," explain why you did not appeal:


8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☐ No

HERBERT, JONATHAN 11409025

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: **N/A**

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☐ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: **N/A**

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes     ☐ No
If "Yes," answer the following:
    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes     ☐ No

HERBERT, JONATHAN 11409025

Page 4 of 9

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes  ☐ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes  ☐ No          N/A
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☐ No

HERBERT, JONATHAN 11409025

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

        If "Yes," provide:
        (1) Date of filing:
        (2) Case number:
        (3) Result:
        (4) Date of result:
        (5) Issues raised:

  (d)  Did you appeal the decision to the United States Court of Appeals?
        ❏ Yes      ❏ No
        If "Yes," provide:
        (1) Name of court:   N/A
        (2) Date of filing:
        (3) Case number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

12.  **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
❏ Yes      ❏ No
If "Yes," provide:
(a) Kind of petition, motion, or application:   N/A
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

HERBERT, JONATHAN 11409025

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Due to BOP's failures to adhere to Congressional Laws (18 USC 4001; 4081), Petitioner was/is denied a due process of laws, which currently affects his right to liberty, and his personal well-being (spiritually; emotionally).

(a) Supporting facts *(Be brief. Do not cite cases or law.):* Mr. Herbert was housed with a (VA) Military Unit inmate, with severe PTSD. Accordingly, Herbert was subjected to an aggressive confrontation, due to heightened risk, in direct contradiction with 18 USC 4081, segregation requirements. Records reveal the aggressor was the (VA) unit inmate. Subsequently, the other inmate was transferred off this compound. Had administration followed law as noted, such fight would NOT have occurred. Petitioner made multiple attempts, requesting staff, to move the other inmate elsewhere, to NO Avail.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☐ No (✻ Presenting issue of Law only resolved by Article 3 court.)

**GROUND TWO:** 18 U.S.C. 4042 (a)(2) requires "suitable quarters" be provided an inmate. 4081 supports this. Defendant - BOP, continually fails to provide such "suitable quarters".

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
Mr. Herbert is housed in MOLD Laden unit, with Pedophiles, violent felons, drug dealers and drug addicts. All of these facts prove he is being housed in direct violations of 18 USC 4001, 4081, and 4042(a)(2) mandatory requirements.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No ✻ Presenting issue of Law only resolved by Article 3 court.

**GROUND THREE:** Due to facts noted in Count #1, Herbert is being denied immediate release benefit of FSA (FTC), due to his "medium" PATTERN scoring status. Due Process violation.

(a) Supporting facts *(Be brief. Do not cite cases or law.):* While Petitioner was a medium PATTERN score inmate at the time of the 2021 incident's occurrence, he today would be a LOW - under the revised 1.3 version of BOP PATTERN scoring software. Currently he is still a medium risk, due to the above noted incident, in Count #1. The BOP's failures, to prevent above noted incident from occurring, raised Petitioners level to high severity. Records reflect he took proactive efforts, to expediently reduce his scoring program recidivism reduction courses. He still rates a medium, even with all program completions, and revised scoring software implements.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

✻ Presenting issue of Law only resolved by Article 3 court.

HERBERT, JONATHAN  11409025

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No * Presenting issue of Law only ~~resolute~~ resolved by Article III 3 court.

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Due to BOP failures to apply Federal Law(s), Petitioner is being denied benefits, which would place him at immediate release. Accordingly, Petitioner asks this court to determine that his ongoing detention, is in violation of all noted laws: 4001, 4081, and 4042. Further that the court order the BOP to release Mr. Herbert, due to such constitutional and legal rights violations, and do so immediately.

HERBERT, JONATHAN 11409025

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

February 13, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2-13-2023

Signature of Petitioner

Signature of Attorney or other authorized person, if any

HERBERT, JONATHAN 11409025

Page 9 of 9